UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAHIJVEER SINGH,<br><br>          Plaintiff,<br><br>     v.<br><br>UR JADDOU, *et al*.<br><br>          Defendants. | Case No. 1:24-cv-00080-CDB<br><br>ORDER ON STIPULATION RE: REQUEST FOR TEMPORARY ABEYANCE<br><br>(Doc. 7) |

      Plaintiff Sahijveer Singh ("Plaintiff") initiated this action with the filing of a complaint against Defendants Ur Jaddou and the United States Citizenship Services ("Defendants") on January 18, 2024. (Doc. 1). Plaintiff's return of summonses returned executed reflects that Plaintiff purports to have effected service on Defendants pursuant to Fed. R. Civ. P. 4(i) on January 24, 2024. (Doc.5). Defendants have not responded to the complaint.

      Pending before the Court is the parties' stipulation for order for "temporary abeyance." (Doc. 7). The parties note Plaintiff is scheduled for an asylum interview on June 12, 2024, and that this action may be rendered moot upon Defendants' adjudication of Plaintiff's asylum application. *Id*. at 1. The parties request this matter be held in temporary abeyance through October 10, 2024. *Id*. at 2. The parties specially request that all filing and case management deadlines be vacated. *Id.*

Accordingly, in light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED:

1. With the exception of the filing requirement below, all other filing requirements and case management dates are VACATED; and

2. The parties shall file a joint status report on or before October 10, 2024, addressing the status of this case. Unless Plaintiff challenges the timeliness of Defendants' response to the complaint, the parties shall identify in their joint report (1) a date by which Defendants shall respond to the complaint, and (2) two dates of mutual availability within 30 days thereafter to convene for scheduling conference as necessary.

IT IS SO ORDERED.

Dated: __March 7, 2024__                    _____
                                            UNITED STATES MAGISTRATE JUDGE